**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2018-CA-1722

West Baton Rouge Parish Council

- - Versus - -

Joseph Gordon Tullier, Sr., Rae Q. Tullier, Barton James
Tullier and Phillip John Debenedetto

18th Judicial District Court
Case #: 43976
West Baton Rouge Parish

On Application for Rehearing filed on 01/25/2021 by Joseph Gordon Tullier, Sr., et al

Rehearing _denied._

_Guidry, J.P. Dissents and would grant the rehearing._

_____
Vanessa Guidry Whipple

_____
John Michael Guidry

_____
Jewel E. "Duke" Welch

Date **FEB 1 0 2021**
_____
Rodd Naquin, Clerk